UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* David Golden et al., | CASE NO. 18-CV-6051-RBL |
| Plaintiffs, | **FILED UNDER SEAL** |
| v. | **ORDER** |
| Troy X. Kelley, et al., | |
| Defendants. | |

The United States having declined at this time to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby ORDERED that:

1. The Complaint, this Order, the United States' Notice of Declination, and all other papers on file in this action shall be unsealed;

2. Relator shall serve a copy of the Complaint, this Order, and the United States' Notice of Declination on Defendants;

1        3.      The parties shall serve all pleadings and motions filed in this action, including

2 supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The

3 United States may order any deposition transcripts and is entitled to intervene in this action, for good

4 cause, at any time;

5        4.      The parties shall serve all Notices of Appeal upon the United States;

6        5.      All orders of this Court shall be sent to the United States; and

7        6.      Should Relators or Defendants propose that this action be dismissed, settled, or

8 otherwise discontinued, the Court will provide the United States with notice and an opportunity to be

9 heard before ruling or granting its approval.

10

11      DATED this **25th** day of _April_ , 2019.

12

13                      RONALD B. LEIGHTON
United States District Judge

14

15 Presented by:

16 BRIAN T. MORAN
United States Attorney

17

18 ASHLEY C. BURNS, NY Bar #5186382
Assistant United States Attorney

19 United States Attorney's Office
700 Stewart Street, Suite 5220

20 Seattle, Washington 98101-1271
Phone: 206-553-7970

21 Fax: 206-553-4067
E-mail: ashley.burns@usdoj.gov

22

23

[PROPOSED] ORDER - 2
CASE NO. 18-CV-6051-RBL
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970