UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel DAVID GOLDEN,<br><br>Plaintiff,<br><br>v.<br><br>TROY X. KELLEY, et al.,<br><br>Defendants. | CASE NO. C18-6051BHS<br><br>ORDER |

THIS MATTER is before the Court on Plaintiff David Golden's "Motion to Vacate Judgment as per CR 60," Dkt. 36, "Motion to Transfer Case Jurisdiction and Venue," Dkt. 38, and "Motion to Vacate," Dkt. 39, which is in fact a Reply to his own motion.

This matter was filed a as proposed *qui tam* case in December 2018. Dkt. 1. The United States Declined to Intervene, Dkt. 10, and asked this Court[1] to Dismiss the case,

---

[1] This case was reassigned to the undersigned following the Honorable Ronald B. Leighton's retirement from the federal bench. Dkt. 37.

ORDER - 1

Dkt. 13. The Court granted the motion and dismissed the case without prejudice, Dkt. 16, and entered a judgment, Dkt. 18.

Undeterred, Golden filed subsequent motions to amend the judgment, Dkt. 21, to vacate the judgment, Dkt. 22, for sanctions, Dkt. 23, and a supplemental motion to vacate, Dkt. 24. The Court denied the motions, Dkt. 25, and Golden appealed in July 2019, Dkt. 26. The Ninth Circuit affirmed the dismissal, finding that the "questions raised in this appeal are so insubstantial as not to require further argument." Dkt. 31. On May 22, 2020, it denied Golden's Motion for Reconsideration. Dkt. 33. Golden's Petition for a writ of mandamus or prohibition before the Supreme Court was rejected. *In re Golden*, ___ U.S. ___, 141 S. Ct. 464 (Mem) (2020).

Golden acknowledges that this case has long since been dismissed and closed and that his appeals have been rejected, but explains that the Supreme Court erred, apparently as part of a conspiracy against him:

> The dismissal was appealed, but the U.S. Supreme Ct. refused to apply its own binding case law, and dismissed the appeal on 10/5/20, thereby denying Plaintiff restitution or even a hearing for contract fraud, so the Defendants could corruptly launder more tax money. While on appeal, Democrats and Republicans (ie., the Defendants) used the CIA and media to launch a Counterintelligence operation against Plaintiff (the CIA *quid-pro-quo* whistleblower impeachment hearings), which yielded no tangible results.

Dkt. 36 at 5. He asks this Court to vacate its own orders and award him the relief he sought in his initial complaint, which, according to his civil cover sheet, is $1,000,000,000.00. Dkt. 1-1.

ORDER - 2

1  Golden's claims were and are facially frivolous, and his motions to resurrect this
2  closed case are both untimely and unavailing. All are DENIED. This matter remains
3  closed, and the Clerk is directed not to accept any further filings in it, other than a notice
4  of appeal.

5  **IT IS SO ORDERED.**

6  Dated this 8th day of September, 2021.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 3